IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CASE NUMBER 4:22CR85 |
| ROBERT TODD WEST (1) | § | |

## ORDER ON MOTION TO MODIFY BOND CONDITIONS

On April 22, 2022, the court held a hearing on Defendant Robert Todd West's Motion to Modify Conditions of Release [Dkt. #11]. At hearing, the Court determined that the Motion should be **GRANTED**.

**IT IS ORDERED** that Defendant's conditions will be temporarily modified to allow him to attend his mother's funeral on April 25, 2022, at Trinity Presbyterian Church in McKinney, Texas. All other conditions previously imposed will remain in effect.

**IT IS SO ORDERED.**

Signed this 22nd day of April, 2022.

_____
CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE