## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| VS. § | Case No. 4:22-CR-085 ALM/KPJ |
| § | |
| **ROBERT TODD WEST** § | |

### ORDER

Having considered the Government's Motion for Leave to File Motion for Limited Unsealing under seal (Dkt. 20), the Motion is hereby **GRANTED**.

It is therefore **ORDERED** that the Government's Motion for Limited Unsealing (Dkt. 21) be filed under seal.

**So ORDERED and SIGNED this 27th day of April, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE